IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DONNA DUPREE and SHERRY HARTISON, on behalf of themselves and a class of others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | No. 17-1104 |
| ANGELA LOCKE, et al., ) ) | |
| Defendants. ) | |

### MOTION TO DISMISS DEFENDANT GODINEZ

The Defendant, SALVADOR GODINEZ, by and through his attorney, Lisa Madigan, Attorney General of the State of Illinois, moves this Court to dismiss him from this case pursuant to Federal Rule of Civil Procedure 12(b)(6).

In support of this motion, Defendant provides the following:

1. On March 7, 2017, Plaintiffs filed a complaint against employees of the Illinois Department of Corrections on several claims centered around a search that occurred at Logan Correctional Center on October 31, 2013. This suit is a successor to another action, *Brown, et al. v. Locke, et al.*, number 15-1447 (USDC-CDIL).

2. Defendant Godinez is not a proper party to this action.

3. First, Plaintiffs can obtain no relief from Defendant Godinez, who was sued in his official capacity.

4. Second, Defendant Godinez no longer held the position of Director of the Illinois Department of Corrections at the time Plaintiffs filed their suit. [d/e 1]. Plaintiffs also sued the current Director, John Baldwin, who is sued in his official capacity.

5.	A motion to dismiss under rule 12(b)(6) is brought when the complaint fails to state a claim upon which relief may be granted. Fed. R. Civ. P. 12(b)(6). Plaintiffs fail to state a claim against Defendant Godinez. Defendant was dismissed from the *Brown* suit in July 2016 pursuant to the same arguments presented in this motion.

6.	A memorandum of law in support of this motion is filed contemporaneously with and incorporated herein.

WHEREFORE, Defendant respectfully requests that this Court dismiss him from this suit with prejudice.

Respectfully submitted,

SALVADOR GODINEZ,

Defendant,

| | |
|---|---|
| Lisa Cook, #6298233 | LISA MADIGAN, Illinois Attorney General, |
| Assistant Attorney General | |
| 500 South Second Street | Attorney for Defendant, |
| Springfield, Illinois  62701 | |
| (217) 557-7081 Phone | By:  s/Lisa Cook |
| (217) 524-5091 Fax | LISA COOK |
| Email: lcook@atg.state.il.us | Assistant Attorney General |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DONNA DUPREE and SHERRY HARTISON, on behalf of themselves and a class of others similarly situated,<br><br>           Plaintiffs,<br><br>vs.<br><br>ANGELA LOCKE, et al.,<br><br>           Defendants. | No. 17-1104 |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2017, the foregoing document, *Motion to Dismiss Defendant Godinez* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Blake W. Horwitz          bhorwitz@bhlfattorneys.com

Jared S. Kosoglad         jared@jaredlaw.com

                            Respectfully Submitted,

                            s/Lisa Cook
                            Lisa Cook, #6298233
                            Assistant Attorney General
                            Attorney for Defendant
                            500 South Second Street
                            Springfield, Illinois  62701
                            (217) 557-7081 Phone
                            (217) 524-5091 Fax
                            E-Mail:  lcook@atg.state.il.us