IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DONNA DUPREE and SHERRY HARTISON, on behalf of themselves and a class of others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 17-1104 ) |
| ANGELA LOCKE, et al., | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS
COUNTS I AND V OF THE PLAINTIFFS' COMPLAINT**

The Defendants, JOHN BALDWIN (sued only in his official capacity as Acting Director of IDOC), DAVID BRAINARD, CHRISTINE BRANNON[1] (sued only in her official capacity as Warden of Logan Correctional Center), DANA CHAUDOIN, DEBBIE DENNING, RENEE HATFIELD, AARON LEESMAN, ANGELA LOCKE, JEFFREY MASON, JOSHUA MERREIGHN, DUSTY MONTGOMERY, JEFF NESWICK, ALAN PASLEY, TODD SEXTON, CLARA CHARRON, MONICA SLATER, SHABEDA WARDEN-PENNINGTON, JOSEPH YURKOVICH, and FELIPE ZAVALA, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Counts I and V of the Plaintiffs' complaint.

In support of this motion, Defendants provide the following:

1.    On March 7, 2017, Plaintiffs filed a complaint containing several claims centered around a search that occurred at Logan Correctional Center on October 31, 2013. This complaint is a successor to a suit that was filed in October 2015.

2.    Defendants now move to dismiss two counts of Plaintiffs' complaint pursuant to Federal Rule 12(b)(6). A motion to dismiss under rule 12(b)(6) is brought when the complaint fails to state a claim upon which relief may be granted. Fed. R. Civ. P. 12(b)(6).

---

[1] Christine Brannon was only sued in her official capacity as Warden of Logan Correctional Center. She was included for the sole purpose of carrying out any injunctive relief. [d/e 1, p. 7, ¶ 28]. Maggie Burke is presently the Warden of Logan Correctional Center, not Christine Brannon. *See* https://www.illinois.gov/idoc/facilities/Pages/logancorrectionalcenter.aspx (last accessed November 27, 2017). Burke should be automatically substituted for Christine Brannon pursuant to Federal Rule 25(d). Fed. R. Civ. P. 25(d) (For an official capacity action against a public officer who ceases to hold office, the "officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name.")

3. Count I is a claim brought under the Fourth Amendment. Count I should be dismissed because the Fourth Amendment does not apply to the search at issue in this suit.

4. Alternatively, Defendants are entitled to qualified immunity as to Count I, the Fourth Amendment claim.

5. Count V is a claim brought under the Prison Rape Elimination Act. Count V should be dismissed because there is no private case of action under the Prison Rape Elimination Act.

6. A memorandum of law in support of this motion is filed contemporaneously with and incorporated herein.

WHEREFORE, Defendants respectfully request that this Court dismiss Counts I and V of Plaintiffs' complaint.

Respectfully submitted,

JOHN BALDWIN (sued only in his official capacity as Acting Director of IDOC), DAVID BRAINARD, CHRISTINE BRANNON (sued only in her official capacity as Warden of Logan Correctional Center), DANA CHAUDOIN, DEBBIE DENNING, RENEE HATFIELD, AARON LEESMAN, ANGELA LOCKE, JEFFREY MASON, JOSHUA MERREIGHN, DUSTY MONTGOMERY, JEFF NESWICK, ALAN PASLEY, TODD SEXTON, CLARA CHARRON, MONICA SLATER, SHABEDA WARDEN-PENNINGTON, JOSEPH YURKOVICH, and FELIPE ZAVALA,

Defendants,

LISA MADIGAN, Illinois Attorney General, State of Illinois
Attorney for Defendants,

Lisa A. Cook, #6298233
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706          By: s/Lisa A. Cook
Phone: (217) 785-4555                      LISA A. COOK
Fax: (217) 524-5091                        Assistant Attorney General
lcook@atg.state.il.us

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DONNA DUPREE and SHERRY HARTISON, on behalf of themselves and a class of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANGELA LOCKE, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   No. 17-1104<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2017, the foregoing document, *Defendants' Motion to Dismiss Counts I and V of the Plaintiffs' Complaint* , was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Blake W. Horwitz          bhorwitz@bhlfattorneys.com

Jared S. Kosoglad         jared@jaredlaw.com

Respectfully Submitted,

 s/Lisa Cook
Lisa Cook, #6298233
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62701
(217) 557-7081 Phone
(217) 524-5091 Fax
E-Mail:  lcook@atg.state.il.us

3