# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DONNA DUPREE and SHERRY HARTISON, on behalf of themselves and a class of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 17-cv-1104 |
| ANGELA LOCKE, et al., | ) ) | |
| Defendants. | ) | **JURY DEMANDED** |

## PLAINTIFFS' FED. R. CIV. P. 41(a) STIPULATION AS TO DEFENDANT GODINEZ

Plaintiffs, DONNA DUPREE and SHERRY HARTISON, on behalf of themselves and a class of others similarly situated, respectfully stipulates to dismissal of Defendant Godinez pursuant to Fed. R. Civ. P. 41(a). The Fed. R. Civ. P. 12(b)(6) Motion filed by Defendant Godinez, Dkt. 39, and associated memorandum, Dkt. 40, are thereby mooted.

WHEREFORE the Plaintiffs respectfully request that the Court dismiss Defendant Godinez pursuant to Fed. R. Civ. P. 41(a), and for any such other and further relief as this Court deems appropriate.

    Respectfully Submitted,
    DONNA DUPREE & SHERRY HARTISON

    By: /s/ Jared S. Kosoglad
    Plaintiffs' Attorney

    JARED S. KOSOGLAD
    JARED S. KOSOGLAD, P.C.
    223 West Jackson
    Suite 200
    Chicago, IL 60606
    T: 312- 513-6000
    E: jared@jaredlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that service of this pleading was effected by the Court's electronic filing system on all parties.

By: /s/ Jared S. Kosoglad