IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DONNA DUPREE, et al., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 17-1104 |
| ) | |
| ANGELA LOCKE, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is now before the Court on the Parties' Joint Motion for Entry of Order. (ECF No. 47). For reasons stated herein, the Motion is GRANTED.

In the Joint Motion, the Parties request the Court enter an order, "over Plaintiffs' objection," granting the Defendants' Motion to Dismiss (ECF No. 41) for reasons specified in this Court's Order dated July 18, 2016, entered in the case captioned *Brown, et al., v. Locke, et al.*, ILCD Case No. 15-cv-1447. The Parties explain that the Counts subject to the Defendants' pending Motion to Dismiss (ECF No. 41) in this case are the same or substantially similar to those the Court dismissed in the *Brown, et al., v. Locke, et al.* Order noted above. The Court agrees with the overall assessment of the Parties. In order to establish a compete record in this case, the Court finds for the reasons stated in the Order dated July 18, 2016, entered in the case captioned *Brown, et al., v. Locke, et al.*, ILCD Case No. 15-cv-1447 (and attached hereto as exhibit), Defendants' Motion to Dismiss Counts I and V of the Plaintiffs' Complaint (ECF No. 41) should be GRANTED. Counts I and V of Plaintiffs' Complaint are DISMISSED WITH PREJUDICE.

The Joint Motion was filed with what appears to be the implicit understanding that Plaintiffs' would not be filing a response to the Motion to Dismiss. Yet, it is implicit that the Plaintiffs seek to rely on the arguments made by the plaintiffs in *Brown, et al., v. Locke, et al.*,

2

ILCD Case No. 15-cv-1447.  As such, the Court additionally recognizes the Plaintiffs' arguments as contained in the applicable sections of the Response (ECF No. 48) filed in *Brown, et al., v. Locke, et al.*, ILCD Case No. 15-cv-1447 (also attached hereto as an exhibit).  Those arguments are, however, rejected with the entry of this Order.

In sum, for reasons stated herein, the Parties' Joint Motion for Entry of Order (ECF No. 47) is GRANTED.  The Defendants' Motion to Dismiss Counts I and V of the Plaintiffs' Complaint (ECF No. 41) is GRANTED and Counts I and V are DISMISSED WITH PREJUDICE.

ENTERED this 13th day of December, 2017.

        /s/ Michael M. Mihm
        Michael M. Mihm
        United States District Judge