IN THE UNITED STATES DISTRICT COURT  
FOR THE CENTRAL DISTRICT OF ILLINOIS  
SPRINGFIELD DIVISION

| | |
|---|---|
| DONNA DUPREE and SHERRY HARTISON, on behalf of themselves and a class of others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 17-1104 |
| ANGELA LOCKE, et al., | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' OBJECTION TO PLAINTIFFS'  
MOTION FOR EXTENSION OF TIME TO FILE**

The Defendants, JOHN BALDWIN, KEITH BECK, DAVID BRAINARD, CHRISTINE BRANNON, CLARA CHARRON, DANA CHAUDOIN, DEBBIE DENNING, RENEE HATFIELD, AARON LEESMAN, ANGELA LOCKE, JEFFREY MASON, JOSHUA MERREIGHN, DUSTY MONTGOMERY, JEFF NESWICK, ALAN PASLEY, SHABEDA WARDEN-PENNINGTON, TODD SEXTON, MONICA SLATER, JOSEPH YURKOVICH, and FELIPE ZAVALA, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, provide the following objection to Plaintiffs' motion for an extension to toll the statute of limitations and amend their complaint [d/e 67]:

1. Plaintiffs Dupree and Hartison filed this action on March 7, 2017. [d/e 1]. It is a follow-up action to one that previously settled based on the same search: *Brown, et al. v. Locke, et al.*, 15-1447 (USDC-CDIL, Mihm).

2. On May 4, 2018, actions filed by Plaintiffs Kidd, Ball, and Walton were consolidated with this suit. [Minute entry of May 4, 2018].

3. On June 12, 2018, Plaintiffs moved for class certification. [d/e 58].

4. On September 11, 2018, this Court denied Plaintiffs' motion for class certification. [d/e 66].

5. On September 12, 2018, Plaintiffs moved to toll the statute of limitations for 30 additional days to join additional parties in this suit. [d/e 67].

6. After the *Brown* suit was settled, and prior to the dismissal of that case, a letter went out to Ms. Ball and other inmates at Logan Correctional Center. *See* letter attached as Exhibit 1. The letter stated in part: "**If you want to pursue claims about this strip search on your own behalf, you should <u>immediately</u> consult an attorney and/or file a complaint on your own behalf.**"

7. Ms. Ball testified in her deposition that she was present with about 40 other people who were called to pick up legal, and that they all received the letter concerning the *Brown* settlement at the same time. [d/e 60-9, pp. 49-50].

8. Plaintiffs now seek an extension of time in an effort to contact other potential inmate-plaintiffs. Yet, any individual who could have been a party to an action related to this case should have already filed a suit.

9. Even under a loose interpretation of the class tolling, any new plaintiffs' claims would be barred by the statute of limitations. Not only did those potential claimants fail to prosecute any action after receiving notice that the *Brown* suit settled and before that case was dismissed, they also failed to file any individual action to salvage a claim during the pendency of this suit up to the denial of class certification.

10. If this Court were to ignore the other timing issues and merely take the denial of class certification in this suit as the date that resumed the running of the statute of limitations, those unnamed claimants would have had one day remaining to file their claims.

11. Plaintiffs seek an extension of 30 days to contact other claimants and add them to this action.

12. Defendants object to Plaintiffs' motion because it will needlessly prolong the claims in this action and allow new parties to join in nearly five years after the search at issue in this suit. It will only benefit individuals who chose to sit on their claims.

WHEREFORE, Defendants respectfully request that this Court deny Plaintiffs' motion to extend time and toll the statute of limitations.

Respectfully submitted,

JOHN BALDWIN, KEITH BECK, DAVID BRAINARD, CHRISTINE BRANNON, CLARA CHARRON, DANA CHAUDOIN, DEBBIE DENNING, RENEE HATFIELD, AARON LEESMAN, ANGELA LOCKE, JEFFREY MASON, JOSHUA MERREIGHN, DUSTY MONTGOMERY, JEFF NESWICK, ALAN PASLEY, SHABEDA WARDEN-PENNINGTON, TODD SEXTON, MONICA SLATER, JOSEPH YURKOVICH, and FELIPE ZAVALA,
    Defendants,

Lisa Cook, #6298233  
Assistant Attorney General  
500 South Second Street  
Springfield, Illinois 62701  
(217) 557-7081 Phone  
(217) 524-5091 Fax  
Email: lcook@atg.state.il.us

LISA MADIGAN, Illinois Attorney General,

    Attorney for Defendants,

By:  s/Lisa Cook  
LISA COOK  
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

DONNA DUPREE and SHERRY HARTISON, )
on behalf of themselves and a class of others )
similarly situated, )
)
        Plaintiffs, )
)
vs. ) No. 17-1104
)
ANGELA LOCKE, et al., )
)
        Defendants. )

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2018, the foregoing document, DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Blake W. Horwitz                bhorwitz@bhlfattorneys.com

    Jared S. Kosoglad                jared@jaredlaw.com

Respectfully Submitted,

  s/Lisa Cook
Lisa Cook, #6298233
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62701
(217) 557-7081 Phone
(217) 524-5091 Fax
E-Mail:  lcook@atg.state.il.us