IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DONNA DUPREE, SHERRY HARTISON, ROSLIND BALL, WILLETTE BENFORD, SHEREE STIDHUM, SHANDRA KIDD, TYISHA WALTON, and SARAH STADTFELD, <br><br>Plaintiffs, <br><br>vs. <br><br>ANGELA LOCKE, et al., <br><br>Defendants. | No. 17-1104 |

## AGREED DISCOVERY PLAN

Counsel for the Plaintiffs, Jared Kosoglad, and counsel for the Defendants, Lisa Cook, have conferred and submit the following agreed deadlines for the Court's consideration:

1. The parties have already exchanged initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

2. The deadline for the completion of all discovery will be September 25, 2019.

3. The dispositive motion deadline will be October 25, 2019.

Respectfully submitted,

JOHN BALDWIN (in his official capacity), KEITH BECK, DAVID BRAINARD, CHRISTINE BRANNON, CLARA CHARRON, DANA CHAUDOIN, DEBBIE DENNING, RENEE HATFIELD, AARON LEESMAN, ANGELA LOCKE, JEFFREY MASON, JOSHUA MERREIGHN, DUSTY MONTGOMERY, JEFF NESWICK, ALAN PASLEY, SHABEDA WARDEN-PENNINGTON, TODD SEXTON, MONICA

SLATER, JOSEPH YURKOVICH, and FELIPE ZAVALA,

    Defendants,

LISA MADIGAN, Illinois Attorney General,

    Attorney for Defendants,

By:  s/Lisa Cook
LISA COOK
Assistant Attorney General

Lisa Cook, #6298233
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 557-7081 Phone
(217) 524-5091 Fax
Email: lcook@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DONNA DUPREE and SHERRY HARTISON, on behalf of themselves and a class of others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) No. 17-1104 |
| ANGELA LOCKE, et al., | )<br>)<br>) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2019, the foregoing document, *Agreed Discovery Plan*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Blake W. Horwitz        bhorwitz@bhlfattorneys.com

Jared S. Kosoglad       jared@jaredlaw.com

                                  Respectfully Submitted,

                                  s/Lisa Cook
                                Lisa Cook, #6298233
                                Assistant Attorney General
                                Attorney for Defendants
                                500 South Second Street
                                Springfield, Illinois 62701
                                (217) 557-7081 Phone
                                (217) 524-5091 Fax
                                E-Mail: lcook@atg.state.il.us