IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

DONNA DUPREE, SHERRY HARTISON,   )
ROSLIND BALL, WILLETTE BENFORD,   )
SHEREE STIDHUM, SHANDRA KIDD,   )
TYISHA WALTON, and SARAH STADTFELD,)
                                 )
        Plaintiffs,              )
                                 )
    vs.                          )          No. 17-1104
                                 )
ANGELA LOCKE, et al.,            )
                                 )
        Defendants.              )

## STIPULATION TO DISMISS

The Plaintiffs, Donna Dupree, Sherry Hartison, Roslind Ball, Willette Benford, Sheree

Stidhum, Shandra Kidd, Tyisha Walton, and Sarah Stadtfeld, by and through their attorney, Jared

Kosoglad, and the Defendants, Rob Jeffreys (sued in his official capacity only), Keith Beck, David

Brainard, Christine Brannon, Clara Charron, Dana Chaudoin, Debbie Denning, Renee Hatfield,

Aaron Leesman, Angela Locke, Jeffrey Mason, Joshua Merreighn, Dusty Montgomery, Jeff

Neswick, Alan Pasley, Shabeda Warden-Pennington, Todd Sexton, Monica Slater, Joseph

Yurkovich, and Felipe Zavala, by and through their attorney, Kwame Raoul, Attorney General for

the State of Illinois, hereby stipulate to the dismissal of this case pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii).

The Plaintiffs and the Defendants agree as follows:

1.      The parties have negotiated a settlement of this case but are still finalizing the

1

settlement paperwork.

2.      The parties stipulate to the dismissal of this suit *without* prejudice pending full

execution of the settlement agreement. Following execution of the agreement, and

by notice of the parties, the dismissal will convert to one *with* prejudice.

3.      Each party shall bear their own attorney's fees, costs, and expenses.

AGREED.

Dated:  June 30, 2020

Respectfully submitted,

By:  s/Jared Kosoglad (*with consent*)
Jared Kosoglad
Jared S. Kosoglad, P.C.
Attorney for Plaintiffs
223 West Jackson, Suite 200
Chicago, IL  60606

By: s/Lisa A. Cook
Lisa A. Cook, #6298233
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62701
(217) 785-4555 Phone
(217) 524-5091 Fax
E-Mail: lcook@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

DONNA DUPREE, SHERRY HARTISON, )
ROSLIND BALL, WILLETTE BENFORD, )
SHEREE STIDHUM, SHANDRA KIDD, )
TYISHA WALTON, and SARAH STADTFELD,)
)
      Plaintiffs, )
)
   vs. )     No. 17-1104
)
ANGELA LOCKE, et al., )
)
      Defendants. )

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2020, the foregoing document, *Stipulation to Dismiss*, was

electronically filed with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the following:

Blake W. Horwitz         bhorwitz@bhlfattorneys.com

Jared S. Kosoglad        jared@jaredlaw.com


Respectfully Submitted,

 s/Lisa Cook
Lisa Cook, #6298233
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62701
(217) 785-4555 Phone
(217) 524-5091 Fax
E-Mail: lcook@atg.state.il.us